484407

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
SEP 22 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

RICHARD ROMA
PROVIDENCE, RHODE ISLAND

## WARRANT FOR ARREST

CASE NUMBER: 1:05M121A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RICHARD ROMA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
possession of a weapon made from a Stevens 20 Gauge shotgun, serial number 44519, with an overall length of less than 26 inches, not registered to him in the National Firearms Registration and Transfer Record

in violation of Title 26 United States Code, Section(s) 5841, 5861(d) and 5871

| | |
|---|---|
| LINCOLN D. ALMOND | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 09-22-2005 PROVIDENCE, RHODE ISLAND |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ________ by ________
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ________

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 09/22/2005 | ERIC YANKEE ATF | E. [signature] |
| DATE OF ARREST 10/13/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.