IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 05 128 S

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. |
| vs. | ) | In violation of |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| RICHARD ROMA | ) | |

INFORMATION

The United States Attorney charges:

On or about January 6, 2005, in the District of Rhode Island, defendant RICHARD ROMA, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in or affecting interstate commerce a firearm, that is a Stevens 16 gauge shotgun, serial number 44519.

In violation of 18 U.S.C. § 922(g)(1).

ROBERT CLARK CORRENTE
United States Attorney

By: Lee Vilker
LEE H. VILKER
Assistant U.S. Attorney

Gerard B Sullivan
GERARD B. SULLIVAN
Criminal Chief

11-14-05
Date