AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Richard Roma

APPEARANCE

CASE NUMBER: 05- 128 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Richard Roma

I certify that I am admitted to practice in this court.

11/28/05
*Date*

[signature]
*Signature*

Andrew Berg 4754
*Print Name* *Bar Number*

128 Dorrance, Suite 400
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401-274-0113 401-274-0175
*Phone Number* *Fax Number*

rm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.