AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
RICHARD ROMA

WAIVER OF INDICTMENT

CR 05 128 S

CASE NUMBER:

I, RICHARD ROMA, the above named defendant, who is accused of

HAVING PREVIOUSLY BEEN CONVICTED OF A CRIME PUNISHABLE BY A TERM OF IMPRISONMENT EXCEEDING ONE YEAR, DID KNOWINGLY POSSESS IN OR AFFECTING INTERSTATE COMMERCE A FIREARM, THAT IS A STEVENS 16 GAUGE SHOTGUN, SERIAL NUMBER 44519 IN VIOLATION OF 18 U.S.C. SECTION 922(g)(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/28/05 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
*Defendant*

[signature]
*Counsel for Defendant*

Before [signature]
*Judicial Officer* USMJ

SCANNED

12