UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 05-128 S

RICHARD ROMA

**MOTION FOR CONTINUANCE OF SENTENCING**

Now comes the defendant, Richard Roma, and respectfully requests that the sentencing hearing in the above entitled case, currently scheduled for March 3, 2006, be rescheduled to March 17, 2006.

In support of this Motion, defendant avers that his counsel is not available on March 3, 2006. Neither the government nor probation objects to this request. Furthermore, this Court's clerk has indicated the March 17, 2006 requested date is available.

Respectfully submitted,

RICHARD ROMA

By his attorney

ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175 fax

**CERTIFICATION**

I hereby certify that on the 9th day of January 2006, a true copy of the above Motion was mailed, postage pre-paid, to Assistant U.S. Attorney Lee Vilker, Office of the United States Attorney, 50 Kennedy Plaza, Fleet Center, 8th Floor, Providence, RI 02903, and Krista Mathias, United States Probation, Two Exchange Terrance, Providence, RI 02903.