UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAN 11 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 05-128 S

RICHARD ROMA

## MOTION FOR CONTINUANCE OF SENTENCING

Now comes the defendant, Richard Roma, and respectfully requests that the sentencing hearing in the above entitled case, currently scheduled for March 3, 2006, be rescheduled to March 17, 2006.

In support of this Motion, defendant avers that his counsel is not available on March 3, 2006. Neither the government nor probation objects to this request. Furthermore, this Court's clerk has indicated the March 17, 2006 requested date is available.

Respectfully submitted,

RICHARD ROMA

By his attorney

ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175 fax

GRANTED
William E. Smith
U.S. District Judge