UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 05-128 S

RICHARD ROMA

**MOTION FOR WITHDRAWEL OF APPEARANCE**

Now comes undersigned counsel, Andrew Berg, and hereby requests that this honorable Court grant his Motion For Withdrawal Of Appearance as counsel for the defendant, Richard Roma.

As grounds for this Motion, undersigned counsel avers that Mr. Roma refuses to confer with counsel regarding the Presentence Investigation Report, and his upcoming sentencing. Accordingly, the attorney-client relationship has broken down to a point that makes it impossible for undersigned counsel to provide effective representation.

Undersigned counsel requests a hearing of this matter.

Respectfully submitted,

ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175 fax

**CERTIFICATION OF NOTICE TO DEFENDANT**

I hereby certify that a true copy of this Motion was mailed to the defendant, Richard Roma, along with correspondence notifying Roma of his right to object to this Motion.

**CERTIFICATION OF SERVICE**

I hereby certify that on the 13th day of February, 2006, a true copy of the above Motion was sent by facsimile and mailed, postage pre-paid, to Assistant U.S. Attorney Lee Vilker, Office of the United States Attorney, 50 Kennedy Plaza, Fleet Center, 8th Floor, Providence, RI 02903, Kristen Ann Mattias, United States Probation Office, Two Exchange Terrace, 3rd Floor, Providence Rhode Island, and Richard Roma, Wyatt Detention Center, 950 High Street, Central Falls 02863