UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 05-128 S

RICHARD ROMA

**WITHDRAWAL OF MOTION FOR WITHDRAWAL OF APPEARANCE**

Now comes undersigned counsel, Andrew Berg, and hereby withdraws his Motion For Withdrawal Of Appearance as counsel for the defendant, Richard Roma.

In support of this withdrawal, undersigned counsel avers that he has consulted with Roma, and Roma has indicated that he wants undersigned counsel to continue to represent him in the above-entitled case.

Respectfully submitted,

ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175 fax

**CERTIFICATION OF SERVICE**

I hereby certify that on the 17th day of February, 2006, a true copy of the above Withdrawal was mailed, postage pre-paid, to Assistant U.S. Attorney Lee Vilker, Office of the United States Attorney, 50 Kennedy Plaza, Fleet Center, 8th Floor, Providence, RI 02903, and Kristen Ann Mattias, United States Probation Office, Two Exchange Terrace, 3rd Floor, Providence Rhode Island.